IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO MCKINNEY,

    Plaintiff,                    No. CIV S-02-1599 FCD GGH P

    vs.

AD-SEG CORRECTION, et al.,

    Defendants.           <u>ORDER</u>

_____/

    On September 8, 2006, plaintiff filed a request for a polygraph examination. This civil rights action was closed on November 6, 2002. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

    IT IS SO ORDERED.

DATED: September 14, 2006

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
mcki1599.58